UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY YOO COLLECTION, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID'S BRIDAL, INC.,<br><br>    Defendant. | STIPULATION OF DISCONTINUANCE<br><br>WITH PREJUDICE<br><br>Case No. 16-CV-2647-VSB |

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among Plaintiff Jenny Yoo Collection, Inc., on the one hand, and Defendant David's Bridal, Inc., (together, the "Parties") on the other, that, a consensual settlement having been reached as to the above-captioned matter, the Parties hereby dismiss with prejudice all Claims and Counterclaims brought therein, including Plaintiff's Amended Complaint, dated August 26, 2016, with each side bearing its own costs and attorneys' fees.

Dated: New York, New York
May 29, 2018

**BARTON LLP**

By: _____
Maurice N. Ross, Esq.

420 Lexington Avenue, 18th Floor
New York, New York 10170
mross@bartonesq.com

Dated: Denver, Colorado
May 29, 2018

**MICHAEL BEST & FRIEDRICH**

By: _____
Stephen J. Horace, Esq.

1776 Lincoln Street, Suite 1100
Denver, Colorado 80203
sjhorace@michaelbest.com

**SO ORDERED:**

_Vernon Broderick_

**HON. VERNON S. BRODERICK** 6/1/2018
**UNITED STATES DISTRICT JUDGE**